UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF REASSIGNMENT
OF REFERRALS IN CASE NO. 1:19-cv-621
_____/

CLARENCE OTWORTH,

    Plaintiff,

v.

TONY MOULATSIOTIS, et al.,

    Defendants.
_____/

Administrative Order
No. <u>19-CA-070</u>

    Magistrate Judge Ray Kent has determined the above case is cognate to another case in this district, Case No. 1:19-cv-55, Otworth v. Fifth Third Bank, et al.  Both cases are assigned to the Honorable Paul L. Maloney, however, the magistrate judge assignment differs between the two cases.

    With the consent of both Magistrate Judge Phillip Green and Magistrate Judge Kent, referrals in this case will be reassigned to Magistrate Judge Kent.

    A copy of this Administrative Order shall be filed in each case referenced herein.

    **IT IS SO ORDERED**.

Dated:   August 22, 2019

                                ROBERT J. JONKER
                                CHIEF UNITED STATES DISTRICT JUDGE