UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CLARENCE MATTHEW OTWORTH

        Plaintiff,

                                            CASE NO.1:18-CV-625

v.

                                            HON. RAY S. KENT

PNC BANK,

        Defendant.
_____/

CLARENCE OTWORTH

        Plaintiff,

                                            CASE NO.1:19-CV-55

v.

                                            HON. PAUL L. MALONEY

FIFTH THIRD BANK, et al.,

        Defendants.
_____/


CLARENCE OTWORTH

        Plaintiff,

                                            CASE NO.1:19-CV-621

v.

                                            HON. PAUL L. MALONEY

TONY MOULATSIOTIS, et al.,

        Defendant.
_____/

**<u>ORDER</u>**

       The undersigned received a copy of a letter dated September 16, 2019, from plaintiff

Clarence Otworth regarding the handling of the above cases, among other things. To ensure a

complete record of communications between litigants and the Court, the undersigned directs that

plaintiff's letter be filed on the record of each of these cases.

**IT IS SO ORDERED**.


Dated:    September 24, 2019              /s/ Robert J. Jonker
                                         ROBERT J. JONKER
                                         CHIEF UNITED STATES DISTRICT JUDGE