**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN** 
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 202 W. Washington St. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | P.O. Box 698 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

October 1, 2019

Clarence Otworth
187 E Daniels Rd.
Twin Lake, MI 49457

Re: Case Number 1:19-cv-621-PLM-RSK, Otworth v. Moulatsiotis et al

We received the enclosed discovery papers for filing which are being returned to you pursuant to Western District of Michigan Local Civil Rule 5.3 and Federal Rule of Civil Procedure 5(d).

Filer: Clarence Otworth
Date received: September 30, 2019
Document title: Request for Admission (Rule 36) as to all defendants

☒ We have filed your proof of service for same.

☐ We will file your proof of service for same when submitted.

In the future please only submit a proof of service for your discovery materials.  Thank you.

Sincerely,

CLERK OF COURT

/s/ Eric

By: Deputy Clerk

W.D. Mich. LCivR 5.3 states,  "Filing of discovery materials (a) Interrogatories, requests for production or inspection, request for admissions, and responses or objections shall be served upon other parties, but shall not be filed with the Court.  Only a proof of service shall be filed with the Court.  The party responsible for service of these discovery materials shall retain the original and become the custodian. (b) Transcripts of depositions shall not be filed with the Court. (c) If discovery materials are to be used at trial, relevant portions of the materials to be used shall be filed with the Clerk at or before trial.  If discovery materials are necessary to any motion, relevant portions of the materials shall be filed with the Clerk with the motion or response."

F.R.C.P. 5(d) states, "Filing; Certificate of Service.  Any paper after the complaint that is required to be served-- together with a certificate of service-- must be filed within a reasonable time after service.  But disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions,  interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."