UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE OTWORTH, ) | |
| Plaintiff, ) | |
| ) | No. 1:19-cv-621 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| TONY MOULATSIOTIS, *et al.*, ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

On February 27, 2020, this Court adopted a report and recommendation effectively resolving all pending claims brought in this lawsuit. The Court has now addressed all of the other motions. As required by Rule 58 of the Federal Rules of Civil Procedure,

**JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 9, 2020                              /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge